JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMER KURIC,

Plaintiff,

v.

MAKER LEARNING NETWORK, et al.,

Defendants.

No. 2:24-cv-04550-JAK (CTSx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (DKT. 60)**

**JS-6: CASE TERMINATED**

Based on a review of the Joint Stipulation for Dismissal of Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation" (Dkt. 60)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The above action is dismissed with prejudice in its entirety with each side to bear its own costs and attorney's fees. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: November 9, 2026

John A. Kronstadt
United States District Judge